IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| INFOGATION CORPORATION,<br><br>*Plaintiff*,<br><br>v.<br><br>TOYOTA MOTOR CORPORATION, TOYOTA MOTOR NORTH AMERICA, INC., TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC., TOYOTA MOTOR SALES, U.S.A.,<br><br>*Defendants*. | § § § § § § § § § § § § § § § § § §     CIVIL ACTION NO. 2:23-CV-00359-JRG |

## ORDER

Before the Court is the Joint Motion to Stay All Deadlines and Notice of Settlement in Principle (the "Joint Motion") filed by Plaintiff Infogation Corporation ("Plaintiff") and Defendants Toyota Motor Corporation, Toyota Motor North America, Inc., Toyota Motor Engineering & Manufacturing North America, Inc., and Toyota Motor Sales, U.S.A. ("Defendants") (collectively, the "Parties"). (Dkt. No. 44.) In the Joint Motion, the Parties represent that they have settled, in principle, all matters in controversy between the Parties. (*Id*. at 1). The Parties request a stay of the above-captioned case for thirty (30) days to allow the Parties time to prepare and submit dismissal papers. (*Id.*)

Having considered the Joint Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all deadlines in the above-captioned case are **STAYED** for thirty (30) days, up to and including October 10, 2024, during which time appropriate dismissal papers are to be filed with the Court.

**So ORDERED and SIGNED this 10th day of September, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE