THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **Infogation Corporation,**<br><br>  Plaintiff,<br><br>  v.<br><br>**Toyota Motor Corporation, Toyota Motor North America, Inc., Toyota Motor Engineering & Manufacturing North America, Inc., and Toyota Motor Sales, U.S.A., Inc.,**<br><br>  Defendant. | 2:23-cv-00359-JRG |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Infogation Corporation hereby submits this Notice of Voluntary Dismissal with Prejudice of Defendants Toyota Motor Corporation, Toyota Motor North America, Inc., Toyota Motor Engineering & Manufacturing North America, Inc., and Toyota Motor Sales, U.S.A., Inc. in the above-captioned case, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Each Party will bear its own costs, expenses, and attorneys' fees.

Date: September 30, 2024

*/s/ Christopher A. Honea*
Christopher A. Honea
 Texas Bar No. 24059967
 chonea@ghiplaw.com

**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this September 30, 2024 with a copy of this document via the Court's CM/ECF System per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

By: */s/ Christopher A. Honea*
Christopher A. Honea