IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| INFOGATION CORPORATION, | § § § § § § | |
| *Plaintiff*, | § § | |
| v. | § | CIVIL ACTION NO. 2:23-CV-00359-JRG |
| TOYOTA MOTOR CORPORATION, TOYOTA MOTOR NORTH AMERICA, INC., TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC., TOYOTA MOTOR SALES, U.S.A., | § § § § § § § § | |
| *Defendants*. | § | |

## ORDER

Before the Court is the Notice of Voluntary Dismissal with Prejudice (the "Notice") filed by Plaintiff Infogation Corporation ("Plaintiff"). (Dkt. No. 46.) In the Notice, Plaintiff voluntarily dismisses the above-captioned case against Defendants Toyota Motor Corporation, Toyota Motor North America, Inc., Toyota Motor Engineering & Manufacturing North America, Inc., and Toyota Motor Sales, U.S.A. ("Defendants") with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. (*Id*. at 1.) Defendants have not yet answered the Complaint or moved for summary judgment. (*Id.*)

Having considered the Notice, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims by Plaintiff in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**. The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So ORDERED and SIGNED this 1st day of October, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE